## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF TENNESSEE      )
COUNTY OF HAMBLEN       )

Pursuant to 28 U.S.C. §1746, Plaintiff, Trudy Bryant, having first been duly sworn and upon oath, verifies, certifies, and declares as follows:

1. I am the Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorney and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit I have provided to my attorney which has been attached to this Complaint is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified, or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 5-31-13 .

By: _/s/ Trudy Bryant_
TRUDY BRYANT

Subscribed and sworn to before me this
31st day of May, 2013.

_/s/ Janice Woodward_
Notary Public
My Commissions expires: 2-21-17

[Notary Seal: JANICE I. WOODWARD, STATE OF TENNESSEE NOTARY PUBLIC, SEVIER COUNTY]