

|  |  |
|---|---|
| Past Due Amount: | $219.85 |
| Total Amount Due: | $841.21 |
| Account Number: | 545022430037 |
| Date: | February 14, 2012 |

Wireless Number(s): 423-237-2347, 423-237-2413, 423-237-3463

TRUDY BRYANT:

Regretfully, we have canceled your wireless service because your account remains unpaid. Our records reflect an unpaid balance of $841.21. If you do not pay the balance owed, AT&T may refer your account(s) to a third party collector and, per the Wireless Service Agreement, charge a collection fee at a legal rate up to 18% to cover AT&T's pre-referral collection costs. This may result in a negative reference on your credit report.

If you have already made your payment, please disregard this reminder. If not, please remit payment immediately using the remittance slip and envelope. For your convenience, you may also pay by major credit card, debit card or electronic check by calling 1-800-947-5096.

If you have any questions about your account, please call us at 1-800-947-5096 and an AT&T Representative will be glad to assist you.

Thank you for your prompt attention to this matter.

---

1801 Valley View Lane
Dallas, TX 75234-8906

8023.3.112.37397 1 AT 0.374 4d
TRUDY BRYANT
950 DAWN VALLEY WAY
PARROTTSVILLE TN 37843-2569

Return the portion below with payment only to AT&T Mobility.

| Account Number: | 545022430037 |
|---|---|
| Total Amount Due: | $841.21 |
| Amount Paid: | $ |

*Please do not send correspondence with payment.

Please mail check payable to:

AT&T Mobility
PO Box 536216
Atlanta, GA 30353-6216




This page intentionally left blank