*Diversified Consultants, Inc.*
1-877-770-1039

P.O. Box 571
Fort Mill, SC 29716-0571
13149131

46 94 00011480
136108

Office Hours:
Monday - Thursday 8:00 A.M. to 9:00 P.M. EST
Friday 8:00 A.M. to 5:00 P.M. EST

| CLIENT-NAME ▶ | AT&T MOBILITY - TNK 401060 |
|---|---|
| FILE # ▶ | 13149131 |
| TOTAL-PAID ▶ | $0.00 |
| Principal Balance ▶ | $841.21 |
| Collection Fees ▶ | $151.42 |
| TOTAL ▶ | $992.63 |


PAY THIS AMOUNT

June 6, 2012

TRUDY BRYANT
488 VIEWMONT CIR
NEWPORT, TN 37821-8933

---

PO BOX 551268 • Jacksonville, FL 32256        1-877-770-1039

This Notice is to inform you that your account with AT&T MOBILITY - TNK 401060 has been referred to our office for collections. Please contact our office to discuss this very important matter.

Unless you notify this office within 30 days of receiving this notice that you dispute the validity of this debt or any other portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt. Any and all information obtained will be used for that purpose. This communication is from a debt collector.

Sincerely,

Diversified Consultants, Inc.

---

***Detach Bottom Portion and Return with Payment***

| CLIENT-NAME ▶ | AT&T MOBILITY - TNK 401060 |
|---|---|
| CLIENT ACCT # ▶ | 545022430037 |
| FILE # ▶ | 13149131 |
| TOTAL-PAID ▶ | $0.00 |
| PRINCIPAL BALANCE ▶ | $841.21 |
| COLLECTION FEES ▶ | $151.42 |
| TOTAL ▶ | $992.63 |

TRUDY BRYANT
488 VIEWMONT CIR
NEWPORT, TN 37821-8933

▼ SEND ALL PAYMENTS TO ▼

Diversified Consultants, Inc.
P.O. Box 551268
Jacksonville, FL 32256-1268

**IF PAYING BY CREDIT CARD PLEASE FILL OUT BELOW**

☐ VISA
☐ MasterCard
☐ American Express

CARD NUMBER | EXP. DATE
SIGNATURE
NAME ON CARD | AMOUNT
CVV/CID (3-Digit Verification Code on Back of Card) (VISA/MC) | CVV/CID (4-Digit Verification Code on Front of Card) (American Express)

00113.V1
diversified.wfd

EXHIBIT B
## Notice of Important Rights

We are required by law to notify consumers of the following rights. This list does not include a complete list of rights consumers have under state and federal laws.

**In California:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**IN COLORADO:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM. Local Office: 13111 E. Briarwood Avenue # 340 Centennial, CO 80112-3913 (303)309-3839.

**IN MASSACHUSETTS:** YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE COLLECTOR. You may contact us by telephone at (800) 771-5361 between 8:00 am and 5:00 pm Eastern Time Monday-Friday or in writing at P.O. BOX 551268 Jacksonville, FL 32256.

**IN MINNESOTA:** THIS COLLECTION AGENCY IS LICENSED BY THE MINNESOTA DEPARTMENT OF COMMERCE.

**In New York City:** This collection agency is licensed by the New York City Department of Consumer Affairs. The license numbers are 1202819.

**In Tennessee:** This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance.

**In Utah:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**In North Carolina:** This collection agency is licensed by the North Carolina Department of Insurance. The license number is 4142. Its true name is Diversified Consultants, INC. Its true address is: P.O. BOX 551268 Jacksonville, FL 32256

Please note any changes of address:

Address_____

Address_____

City_____ State_____ Zip_____