EXHIBIT C



**SouthwestCredit**

4120 International Pkwy, Suite 1100
Carrollton, TX 75007-1958
Toll Free: 800-462-3804  Fax: (972) 300-1701

Office Hours:
Mon - Thurs 8:00AM to 9:00PM
Friday 8:00AM to 5:00PM
Saturday 8:00AM to 12:00 Noon

| Account Summary | |
|---|---|
| **Creditor** | |
| AT&T Mobility | |
| **Creditor Account No.** | |
| 545022430037 | |
| **Southwest Account No.** | |
| 38784795 | |
| **Principal** | |
| $841.21 | |
| **Interest** | |
| $0.00 | |
| **Collection Fee** | |
| $151.42 | |
| **Total Amount Due** | |
| $992.63 | |

November 26, 2012

Dear Trudy Bryant,

Your account has been assigned to this office for collection. The balance listed is due in full. If payment has already been made, please contact our office.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from current creditor.

We are willing to work with you, but you must contact our office promptly. Avoid further collection activity by enclosing your payment with the tear-off coupon below, or by contacting us at 800-462-3804 to make payment arrangements on your account. Check or credit card payments can also be made 24-hours a day, through our secure website at www.swcpayonline.com.

J Lynch
Southwest Credit Systems, L.P.

This agency is licensed by the Collection Service Board, State Department of Commerce and Insurance.

| PAYMENT OPTIONS |
|---|
| **Western Union Quick Collect** |
| Code City: SCS |
| State: TX |
| **Money Gram** |
| Receive Code: 4077 |
| **Payments By Internet** |
| www.swcpayonline.com |
| Visa, MasterCard, Debit Card and Check (ACH) accepted |
| **Payments By Phone** |
| 800-462-3804 |
| 24-hour touch tone service |
| Visa, MasterCard, Debit Card and Check (ACH) accepted |
| **Payments By Mail** |
| Send check or money order to |
| 4120 International Pkwy, Suite 1100 |
| Carrollton, TX 75007-1958 |

**This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose. Calls may be monitored and/or recorded.**



---

\*\*\* Detach This Portion and Return with Payment \*\*\*

PO Box 141967
Austin, TX 78714
001-38784795

**ELECTRONIC SERVICE REQUESTED**

For your protection and better service:
▸ Do not send cash through the mail.
▸ Include account number on the check or money order.

| Southwest Account No. | Creditor Account No. |
|---|---|
| 38784795 | 545022430037 |
| SWC CC | |
| 03515 - ATT Mobility Secondary - Southeast Consumer | |
| Payment Amount Enclosed | $ |



5670 1 MB 0.401 T 23
TRUDY BRYANT
488 VIEWMONT CIR
NEWPORT TN  37821-8933

Southwest Credit Systems, L.P.
4120 International Pkwy, Suite 1100
Carrollton, TX 75007-1958