

**SouthwestCredit**
4120 International Pkwy, Suite 1100
Carrollton, TX 75007-1958
Toll Free: 800-462-3804  Fax: (972) 300-1701

Office Hours:
Mon - Thurs 8:00AM to 9:00PM
Friday 8:00AM to 5:00PM
Saturday 8:00AM to 12:00 Noon

January 14, 2013

## Do you want to pay the debt you owe?

Dear Trudy Bryant,

Southwest Credit has attempted to contact you repeatedly, but all of our attempts have been unsuccessful. We prefer that your account be resolved in an amicable manner, but your cooperation is essential.

At this time, we are prepared to extend you an offer to settle this debt for less than the balance owed. Southwest Credit is offering to discount your outstanding obligation up to 50% if you respond now! You must contact our office WITHIN 10 DAYS of the date on this letter to take advantage of this offer.

This could be the first step in cleaning up your debt. Please contact our office immediately at 800-462-3804 to discuss your options. Check or credit card payments can also be made 24-hours a day, through our secure website at www.swcpayonline.com.

J Lynch
Southwest Credit Systems, L.P.

This agency is licensed by the Collection Service Board, State Department of Commerce and Insurance.

| Account Summary | |
|---|---|
| **Creditor** | AT&T Mobility |
| **Creditor Account No.** | 545022430037 |
| **Southwest Account No.** | 38784795 |
| **Principal** | $841.21 |
| **Interest** | $0.00 |
| **Collection Fee** | $151.42 |
| **Total Amount Due** | $992.63 |

| SATISFY THIS OBLIGATION BY | |
|---|---|
| **Western Union Quick Collect** | Code City: SCS  State: TX |
| **Money Gram** | Receive Code: 4077 |
| **Payments By Internet** | www.swcpayonline.com  Visa, MasterCard, Debit Card and Check (ACH) accepted |
| **Payments By Phone** | 800-462-3804  24-hour touch tone service  Visa, MasterCard, Debit Card and Check (ACH) accepted |
| **Payments By Mail** | Send check or money order to  4120 International Pkwy, Suite 1100  Carrollton, TX 75007-1958 |

**This is an attempt to collect a debt by a debt collector.
Any information obtained will be used for that purpose.
Calls may be monitored and/or recorded.**


ACA INTERNATIONAL
The Association of Credit and Collection Professionals

---

*** Detach This Portion and Return with Payment ***


PO Box 142589
Austin, TX 78714
001-38784795

**ELECTRONIC SERVICE REQUESTED**

For your protection and better service:
► Do not send cash through the mail.
► Include account number on the check or money order.

| Southwest Account No. | Creditor Account No. |
|---|---|
| 38784795 | 545022430037 |
| **SWC CC** | |
| 03515 - ATT Mobility Secondary - Southeast Consumer | |
| Payment Amount Enclosed | $ |


5408 1 MB 0.401 T 24
TRUDY BRYANT
488 VIEWMONT CIR
NEWPORT TN 37821-8933

Southwest Credit Systems, L.P.
4120 International Pkwy, Suite 1100
Carrollton, TX 75007-1958

SWC-00160
315

